# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UPPER VALLEY BEHAVIORAL HEALTH, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.: 1:24-cv-00106 ) ) |
| HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company; and BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois nonprofit organization, | ) (Removed from the Second Judicial District ) Court, State of New Mexico, County of ) Bernalillo, Case No. D-202-CV-2024- ) 00167) ) ) |
| Defendants. | ) ) |

## NOTICE OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendant Blue Cross and Blue Shield Association ("BCBSA") hereby consents to the removal of this action from the Second Judicial District Court, County of Bernalillo, State of New Mexico to the United States District Court for the District of New Mexico. *See* ECF No. 1, Notice of Removal. In consenting to removal, BCBSA expressly reserves all rights and defenses and does not concede that Plaintiff has appropriately served BCBSA or has jurisdiction to pursue any claims against it.

Dated: February 2, 2024

Respectfully submitted,

By: _____

Christina Muscarella Gooch
**SUTIN, THAYER & BROWNE APC**
6100 Uptown Boulevard NE, Suite 400
Albuquerque, NM 87110
T: 505.883.3433
F: 505.855.9520
tmg@sutinfirm.com

Marty J. Bishop (*pro hac vice pending*)
Jason T. Mayer (*pro hac vice pending*)
Elaina Valtierra-Doherty (*pro hac vice pending*)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
T: 312.207.1000
F: 312.207.6400
mbishop@reedsmith.com
jmayer@reedsmith.com
evaltierradoherty@reedsmith.com

*Attorneys for Defendant Blue Cross and Blue Shield Association*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2024, I filed and served the foregoing electronically through the CM/ECF system and that a true and correct copy of the foregoing was emailed to:

Alexander Ross Hernandez
P.O. Box 769
Flatonia, TX 78941
T: 979.702.3963
arh@alexrosshernandez.com

Daniel Marquez
The Law Office of Daniel A. Marquez
1308 Montana Ave., Suite A
El Paso, TX 79902
T: 915.270.9580
dan@damlawoffice.com

By: _____
Christina Muscarella Gooch